UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH PATRICK BOGAN**                                                          **PETITIONER**
**ADC #105098**

V.                               No. 4:22-cv-00005-BRW-JTR

**ARKANSAS PAROLE BOARD**                                                    **RESPONDENT**

<u>**JUDGMENT**</u>

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

DATED this <u>7th</u> day of July, 2022.

                                                    BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE